# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUPERMEDIA LLC f/k/a Idearc Media LLC f/k/a Verizon Directories Corp.,**

**Plaintiff,**

-vs-                                                                 Case No. 6:10-cv-249-Orl-31GJK

**ACE ELECTRICAL SERVICE, INC.,**

**Defendant.**

## ORDER

This cause came before the Court without oral argument upon consideration of Plaintiff's Motion for Final Default Judgment Against Defendant Ace Electrical Service, Inc. (Doc. 11), filed on August 4, 2010.

On September 3, 2010, the United States Magistrate Judge issued a report (Doc. 12) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Final Default Judgment Against Defendant Ace Electrical Service, Inc. (Doc. 11) is **GRANTED**.

3. The Clerk shall enter judgment for Plaintiff and against Defendant in the amount of $272,625.00 plus prejudgment interest at a monthly rate of 1.38% from August 5, 2010 through the date of judgment against the Defendant.

4. Post-judgment interest shall accrue at the rate allowed by law.

5. The Court reserves jurisdiction to determine an award of reasonable attorneys' fees.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 27, 2010.

                                              GREGORY A. PRESNELL
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party